UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD MICROSYSTEMS CORPORATION,<br><br>Defendant. | Case No. 12-cv-03749 NC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED**<br><br>Re: Dkt. No. 11 |

Standard Microsystems moves for an order relating this case to *Display Link Corporation v. Magic Control Technology Corporation*, Case No. 07-cv-01998 RMW. Dkt. No. 11. As the earliest-filed case is assigned to District Judge Whyte, Standard Microsystems' motion is referred to District Judge Whyte under Civil Local Rule 3-12 to consider whether the cases are related. Any opposition or statement of support to the motion must be filed in Case No. 07-cv-01998 RMW in accordance with Civil Local Rule 7-11. The opposition or statement of support must specifically address the issues in Civil Local Rules 3-12(a) and (d) and be served on all parties and lodged with the chambers of both District Judge Whyte and Magistrate Judge Cousins.

IT IS SO ORDERED.

DATE: August 20, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03749 NC
REFERRAL