Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
Heidi Guetschow (SBN257900)
heidi.guetschow@dechert.com
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone: 650 813 4800
Facsimile: 650 813 4848

*Attorneys for Defendant*
*Standard Microsystems Corporation ("SMSC")*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGIES CORP., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD MICROSYSTEMS CORPORATION ("SMSC"),<br><br>Defendant. | Case No. CV12-03749 TOY<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER THEREON** |

WHEREAS, on September 11, 2012, Defendant STANDARD MICROSYSTEMS CORPORATION ("SMSC") and Plaintiff, MAGIC CONTROL TECHNOLOGIES CORP. ("MCT") met in person to discuss the action and the potential for a business resolution of the matters addressed by this action;

WHEREAS, the parties are continuing their discussions and desire further time to focus their efforts and resources on the attempt to reach a business resolution;

WHEREAS, the time to respond has previously been extended by Stipulation for 30 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed, by and between SMSC and MCT to seek from the Court an Order granting SMSC a further extension of time, until November 16, 2012, in which SMSC must respond or otherwise plead to Plaintiffs' First

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER THEREON
CASE NO. CV12-03749 NC

14557062

Amended Complaint.

Dated: September 17, 2012  **DECHERT LLP**

By: /s/ Chris Scott Graham
    Chris Scott Graham
    Heidi Guetschow

*Attorneys for Defendant
Standard Microsystems Corporation
("SMSC")*

Dated: September 17, 2012  **WHGC, P.L.C.**

By: /s/ John D. van Loben Sels
    John D. van Loben Sels[1]

*Attorney for Plaintiff
Magic Control Technologies Corp.*

## ORDER

Based on the foregoing Stipulation of the parties, and good cause shown thereby;

IT IS HEREBY ORDERED that SMSC is granted a further extension of time until November 16, 2012, in which to respond or otherwise plead to Plaintiffs' First Amended Complaint.

Dated: _____   *Ronald M. Whyte*
Judge of the District Court

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence to the filing of this document has been obtained from Mr. van Loben Sels.

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER THEREON
CASE NO. CV12-03749 NC

Dechert LLP
Attorneys At Law
Silicon Valley

14557062