Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
Heidi Guetschow (SBN 257900)
heidi.guetschow@dechert.com
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone: 650 813 4800
Facsimile: 650 813 4848

*Attorneys for Defendant*
*Standard Microsystems Corporation ("SMSC")*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORP., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD MICROSYSTEMS CORPORATION ("SMSC"),<br><br>Defendant. | Case No. 12-cv-03749 RMW<br><br>**STIPULATION TO EXTEND TIME; ORDER THEREON** |

WHEREAS, Defendant STANDARD MICROSYSTEMS CORPORATION ("SMSC") and Plaintiff, MAGIC CONTROL TECHNOLOGY CORP. ("MCT") are in the process of negotiating the terms and conditions of a business resolution of the matters addressed by this action;

WHEREAS, the parties desire further time to focus their efforts and resources on the attempt to reach a business resolution;

WHEREAS, the hearing date for the Motion to Dismiss is set for January 25, 2013;

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed, by and between SMSC and MCT to seek from the Court an Order that (1) extends the date for SMSC to file a Reply Brief from December 7, 2012 to December 28, 2013; (2) extends the date on which the

parties must provide their initial disclosures from the previously agreed upon date of December 14, 2012 to December 28, 2012, and (3) extends the date on which MCT must serve its Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production from the previously agreed upon date of December 14, 2012 to December 28, 2012.

Dated: December 6, 2012      **DECHERT LLP**

By:/s/ Chris Scott Graham
    Chris Scott Graham
    Heidi Guetschow

*Attorneys for Defendant
Standard Microsystems Corporation
("SMSC")*

Dated: December 6, 2012      **WHGC, P.L.C.**

By:/s/ John D. van Loben Sels
    John D. van Loben Sels[1]

*Attorney for Plaintiff
Magic Control Technologies Corp.*

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence to the filing of this document has been obtained from Mr. van Loben Sels.

2

STIPULATION TO EXTEND TIME; ORDER THEREON
CASE NO. 12-CV-03749 RMW

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause shown thereby;

IT IS HEREBY ORDERED that the date (1) for SMSC to file a Reply Brief is extended from December 7, 2012 to December 28, 2013; (2) on which the parties must provide their initial disclosures is extended from December 14, 2012 to December 28, 2012, and (3) the date on which MCT must serve its Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production is extended from December 14, 2012 to December 28, 2012.

Dated: _____    _____
Judge of the District Court

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION TO EXTEND TIME; ORDER THEREON
CASE NO. 12-CV-03749 RMW