1 | **WHGC, P.L.C**.
John D. van Loben Sels (SBN 201354)
2 | johnvanlobensels@whgclaw.com
Ellen J. Wang (SBN 215478)
3 | ellenwang@whgclaw.com
2570 West El Camino Real, Suite 440
4 | Mountain View, CA 94040
Tel: (650) 209-1230
5 | Fax: (650) 209-1231
*Attorneys for Plaintiff*
6 | *Magic Control Technology Corp.*

8 | Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
9 | Heidi Guetschow (SBN 257900)
heidi.guetschow@dechert.com
10 | DECHERT LLP
2440 W. El Camino Real, Suite 700
11 | Mountain View, California 94040-1499
12 | Telephone: 650 813 4800
Facsimile: 650 813 4848
13 | *Attorneys for Defendant*
14 | *Standard Microsystems Corporation ("SMSC")*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORP., a Taiwan corporation,<br><br>Plaintiff,<br><br>vs.<br><br><br>STANDARD MICROSYSTEMS CORPORATION ("SMSC"),<br><br>Defendants. | **Case No.: 12-cv-03749-RMW**<br><br><br><br>STIPULATION TO EXTEND TIME; ORDER THEREON<br><br><br><br>**Hon. Ronald M. Whyte** |

1  WHEREAS, Defendant STANDARD MICROSYSTEMS CORPORATION ("SMSC")
2 and Plaintiff, MAGIC CONTROL TECHNOLOGIES CORP. ("MCT") are continuing to
3 negotiate the terms and conditions of a business resolution of the matters addressed by this
4 action;
5  WHEREAS, the parties desire further time to focus their efforts and resources on the
6 attempt to reach a business resolution;
7  WHEREAS, the hearing date for the Motion to Dismiss is set for January 25, 2013;
8  WHEREAS, the parties previously requested an extension of time for the
9 abovementioned reasons on December 6, 2012 (Dkt. No. 22),
10  WHEREAS, the prior extension of time was granted on December 13, 2013 (Dkt. No. 23)
11 which (1) extended the date for SMSC to file a Reply Brief from December 7, 2012 to December
12 28, 2013; (2) extended the date on which the parties must provide their initial disclosures from
13 the previously agreed upon date of December 14, 2012 to December 28, 2012, and (3) extended
14 the date on which MCT must serve its Disclosure of Asserted Claims and Preliminary
15 Infringement Contentions and accompanying document production from the previously agreed
16 upon date of December 14, 2012 to December 28, 2012.

18  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed, by and between
19 SMSC and MCT to seek from the Court an Order that (1) extends the date for SMSC to file a
20 Reply Brief from December 28, 2013 to January 18, 2013; (2) extends the date on which the
21 parties must provide their initial disclosures from December 28, 2012 to January 18, 2013, and
22 (3) extends the date on which MCT must serve its Disclosure of Asserted Claims and
23 Preliminary Infringement Contentions and accompanying document production from December
24 28, 2012 to January 18, 2013.

**1**

Case No.: 12-cv-03749-RMW
STIPULATION TO EXTEND TIME; ORDER THEREON

1 | Dated: December 20, 2012 | **DECHERT LLP**

By: /s/ Chris Scott Graham
　　Chris Scott Graham[1]
　　Heidi Guetschow

*Attorneys for Defendant*
*Standard Microsystems Corporation*
*("SMSC")*

Dated: December 20, 2012 | **WHGC, P.L.C.**

By: /s/ John D. van Loben Sels
　　John D. van Loben Sels

*Attorney for Plaintiff*
*Magic Control Technology Corp.*

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence to the filing of this document has been obtained from Mr. Scott Graham.

**2**

**Case No.: 12-cv-03749-RMW**
STIPULATION TO EXTEND TIME; ORDER THEREON

## ORDER

Based on the foregoing Stipulation of the parties, and good cause shown thereby;

IT IS HEREBY ORDERED that the date (1) for SMSC to file a Reply Brief be extended from December 28, 2013 to January 18, 2013; (2) on which the parties must provide their initial disclosures be extended from December 28, 2012 to January 18, 2013, and (3) on which MCT must serve its Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production be extended from December 28, 2012 to January 18, 2013.

Dated: _____      /s/ Ronald M. Whyte

Judge of the District Court

**3**

**Case No.: 12-cv-03749-RMW**
STIPULATION TO EXTEND TIME; ORDER THEREON

## CERTIFICATE OF SERVICE

I, John van Loben Sels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2012.

s/ John D. van Loben Sels
John D. van Loben Sels
Ellen J. Wang
Erick P. Wolf
*Attorneys for Plaintiff*
*Magic Control Technology Corp.*

**4**