1  **WHGC, P.L.C**.
   John D. van Loben Sels (SBN 201354)
2  johnvanlobensels@whgclaw.com
   Ellen J. Wang (SBN 215478)
3  ellenwang@whgclaw.com
   2570 West El Camino Real, Suite 440
4  Mountain View, CA 94040
   Tel:  (650) 209-1230
5  Fax: (650) 209-1231

6  Erick P. Wolf (SBN 224906)
   erickwolf@whgclaw.com
7  1301 Dove Street, Suite 1050
   Newport Beach, CA 92660
8  Tel:  (949) 833-8483
   Fax: (949) 833-2281
9

*Attorneys for Plaintiff*
10 *Magic Control Technology Corp.*

11 **DECHERT LLP.**.
   Chris Scott Graham (SBN 114498)
12 chris.scott.graham@dechert.com
   Heidi Guetschow (SBN 257900)
13 heidi.guetschow@dechert.com
   2440 West El Camino Real, Suite 700
14 Mountain View, CA 94040
   Tel:  (650) 813-4800
15 Fax: (650) 813-4848

16 *Attorneys for Defendant*
17 *Standard Microsystems Corporation*

18                **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19                          **SAN JOSE DIVISION**

20

21 | MAGIC CONTROL TECHNOLOGY CORP., | **Case No.: 12-cv-03749-RMW-HRL** |
22 | a Taiwan corporation, | |
   | | **Hon. Ronald M. Whyte and** |
23 | Plaintiff, | **Magistrate Judge Howard R. Lloyd** |
24 | vs. | **STIPULATION AND []** |
   | | **ORDER OF DISMISSAL WITH** |
25 | | **PREJUDICE** |
26 | STANDARD MICROSYSTEMS | |
27 | CORPORATION ("SMSC"), | |
28 | Defendants. | |

**Case No.: 12-cv-03749-RMW-HRL**
**STIPULATION AND [] ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Magic Control Technologies Corp. ("MCT") and Defendant Standard Microsystems Corporation ("SMSC"), by and through their undersigned counsel, hereby stipulate that all claims for relief in the above identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and pursuant to a confidential settlement agreement between the Parties.

The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully submitted,

DATED: January 2, 2013           WHGC, PLC.

/s/ John D. van Loben Sels
John D. van Loben Sels
Ellen J. Wang
Erick P. Wolf
*Attorneys for Plaintiff*
*Magic Control Technology Corp.*

DATED: January 2, 2013           DECHERT, LLP

/s/ Chris Scott Graham
Chris Scott Graham
Heidi Guetschow
*Attorneys for Defendant*
*Standard Microsystems Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** _____           *Ronald M. Whyte*
                                  The Honorable Ronald M. Whyte

**1**

**Case No.: 12-cv-03749-RMW-HRL**
**STIPULATION AND [] ORDER OF DISMISSAL WITH PREJUDICE**