|   |   |
|---|---|
| 1 | **WHGC, P.L.C**. |
| 2 | John D. van Loben Sels  (SBN 201354)<br>johnvanlobensels@whgclaw.com |
| 3 | Ellen J. Wang (SBN 215478)<br>ellenwang@whgclaw.com |
| 4 | 2570 West El Camino Real, Suite 440<br>Mountain View, CA 94040 |
| 5 | Tel:  (650) 209-1230<br>Fax: (650) 209-1231 |

Erick P. Wolf (SBN 224906)
erickwolf@whgclaw.com
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel:  (949) 833-8483
Fax: (949) 833-2281

*Attorneys for Plaintiff*
*Magic Control Technology Corp.*

**DECHERT LLP.**.
Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
Heidi Guetschow (SBN 257900)
heidi.guetschow@dechert.com
2440 West El Camino Real, Suite 700
Mountain View, CA 94040
Tel:  (650) 813-4800
Fax: (650) 813-4848

*Attorneys for Defendant*
*Standard Microsystems Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| MAGIC CONTROL TECHNOLOGY CORP., a Taiwan corporation,<br><br>               Plaintiff,<br><br>vs.<br><br><br>STANDARD MICROSYSTEMS CORPORATION ("SMSC"),<br><br>               Defendants. | **Case No.: 12-cv-03749-RMW-HRL**<br><br>**Hon. Ronald M. Whyte and Magistrate Judge Howard R. Lloyd**<br><br>**STIPULATION AND [ ] ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

1  Plaintiff Magic Control Technologies Corp. ("MCT") and Defendant Standard Microsystems Corporation ("SMSC"), by and through their undersigned counsel, hereby stipulate that all claims for relief in the above identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and pursuant to a confidential settlement agreement between the Parties.

The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully submitted,

DATED: January 2, 2013                WHGC, PLC.


                                      /s/ John D. van Loben Sels
                                      John D. van Loben Sels
                                      Ellen J. Wang
                                      Erick P. Wolf
                                      *Attorneys for Plaintiff*
                                      *Magic Control Technology Corp.*

DATED: January 2, 2013                DECHERT, LLP


                                      /s/ Chris Scott Graham
                                      Chris Scott Graham
                                      Heidi Guetschow
                                      *Attorneys for Defendant*
                                      *Standard Microsystems Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** _____        *Ronald M. Whyte*
                                      The Honorable Ronald M. Whyte

**1**

**Case No.: 12-cv-03749-RMW-HRL**
**STIPULATION AND [] ORDER OF DISMISSAL WITH PREJUDICE**